THE CITY OF NEW YORK, Appellant and Respondent, v. ISAAC T. FLATTO et al., Appellants, and KITTANNING SALES COMPANY, INC., Respondent and Appellant.

(Submitted June 1, 1936; decided June 5, 1936.)

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended by providing that the defendant Flatto have costs in this court and in the Appellate Division against the defendant Kittanning Sales Company, Inc. (See 271 N. Y. 244.)

MARIAN S. HONEYMAN, Appellant, v. HERBERT G. HANAN, as Executor of HERBERT W. HANAN, Deceased, Respondent.

(Submitted June 1, 1936; decided June 5, 1936.)

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended by adding thereto the following: "A question under the Federal Constitution was presented and necessarily passed upon by this court. The plaintiff contended that chapter 794 of the Laws of the State of New York, enacted in 1933, as amended (Sections 1083-a and 1083-b of Civil Practice Act), impair the obligations of contracts, and thus violate article 1, section 10, of the Constitution of the United States. This court held that such laws do not violate said provision of article 1, section 10, of the Constitution of the United States." (See 271 N. Y. 564.)

ALICE C. DICKINSON, Respondent, v. GEORGE E. DICKINSON, Appellant.

CORA S. DICKINSON et al., Appellants; FREDERIC H. COWDEN, as Receiver for the Benefit of ALICE C. DICKINSON, Respondent.

(Submitted June 3, 1936; decided June 5, 1936.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 271 N. Y. 158.)